**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jesus LOZANO–OREGON,**
**Defendant—Appellant.**

No. 04–30495.
D.C. No. CR–04–05240–003–FDB.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Jan. 9, 2006.*

Decided Jan. 19, 2006.

Vincent T. Lombardi, USSE—Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Keith A. Macfie, Daly & Macfie, Tacoma, WA, for Defendant–Appellant.

Appeal from the United States District Court for the Western District of Washington; Franklin D. Burgess, District Judge, Presiding.

Before HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM**

Jesus Lozano–Oregon appeals from his guilty-plea conviction and 180–month sentence for distribution of methamphetamine and carrying a firearm in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) and 21 U.S.C. §§ 841(a)(1), (b)(1)(A).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Lozano–Oregon has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record.

Our examination of the brief and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**[1]

---

1. All pending motions are ordered filed and denied.

